No. 358. VASSOS *v.* ORNSTEIN, EXECUTRIX, ET AL. Ct. App. N. Y. Certiorari denied. *Jacob Rassner* for petitioner. *William F. Martin* for Ornstein, and *Martin Fogelman* for Sarot, respondents.

No. 387. MAGEE ET AL. *v.* LANE. Sup. Jud. Ct. Mass. Certiorari denied. *Timothy J. McInerney* for petitioners. *David L. Whitney* for respondent.

No. 389. INSURANCE CO. OF NORTH AMERICA *v.* KEELING. C. A. 5th Cir. Certiorari denied. *Finis E. Cowan* for petitioner. *Herbert L. Morgan* and *Carl Dudensing* for respondent.

No. 403. ANDERSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *R. Eugene Pincham* for petitioner. *Solicitor General Marshall* for the United States.

No. 404. VILLAFRANCA ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Gordon Davidson* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harry Baum* for respondent.

No. 407. NEELY *v.* HOUSTON OILERS, INC. C. A. 10th Cir. Certiorari denied. *Angus G. Wynne, James D. Fellers* and *J. Howard Edmondson* for petitioner. *Gus Rinehart* and *William D. Deakins, Jr.,* for respondent.

No. 414. KYLES *v.* PRESTON, JAIL SUPERINTENDENT, ET AL. C. A. D. C. Cir. Certiorari denied. *Andrew W. Carroll* for petitioner. *Solicitor General Marshall* for respondents.